UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LUELLAN FRENCH,

   Plaintiff,

-vs-                                          Case No.: 2:15-cv-00680-SPC-CM

DISCOVER CARD SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, LUELLA FRENCH, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant DISCOVER CARD SERVICES, INC. have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

     Dated this 5th day of February, 2016.

     Respectfully submitted,

                                          */s/ Octavio Gomez*
                                          Octavio Gomez, Esquire
                                          Morgan & Morgan, Tampa, P.A.
                                          One Tampa City Center
                                          201 N. Franklin Street, 7th Floor
                                          Tampa, FL 33602
                                          Tele: (813) 223-5505
                                          Fax: (813) 222-4725
                                          Florida Bar #: 0338620
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

*/s/ Octavio Gomez*
Octavio Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 222-4725
Florida Bar #: 0338620
Attorney for Plaintiff